IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AIRBASE CARPET MART, INC., | § | |
| | § | No. 27, 2016 |
|     Plaintiff Below, | § | |
|     Appellant, | § | Court Below: |
| | § | |
|   v. | § | Superior Court of the |
| | § | State of Delaware |
| AYA ASSOCIATES, INC., | § | |
| | § | C.A. No. N15C-03-104 |
|     Defendant Below, | § | |
|     Appellee. | § | |

Submitted: September 14, 2016
Decided: September 16, 2016

Before **STRINE**, Chief Justice, **HOLLAND** and **VALIHURA**, Justices.

## O R D E R

This 16th day of September 2016, the Court, having considered this matter on the briefs of the parties, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its decision of December 15, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice